IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| V. | § | No. 3:93-cr-277-N (01) |
| | § | |
| KEVIN ARWIN HOUSTON | § | |
| (BOP Register No. 25012-077), | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Defendant Kevin Houston. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Defendant's *pro se* Motion for Consideration of Rehabilitation and for Time Served [Dkt. No. 148].

SO ORDERED this 24th day of May, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1